ROBERT PATRICK STICHT (SBN 138586)
T. RUSSELL NOBILE*
ROBERT D. POPPER*
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, D.C. 20024
Telephone: (202) 646-5172
Facsimile.: (202) 646-5199
Email: rsticht@judicialwatch.org
Email: rnobile@judicialwathc.org
Email: rpopper@judicialwatch.org

H. CHRISTOPHER COATES*
Law Office of H. Christopher Coates
934 Compass Point
Charleston, South Carolina 29412
Telephone: (843) 609-0800
Email: curriecoates@gmail.com

*Application for admission pro hac vice forthcoming

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JERRY GRIFFIN, et al.,<br><br>        Plaintiffs,<br>  v.<br><br>ALEX PADILLA, in his official capacity as Secretary of State of California,<br><br>        Defendant. | Case No.   2:19-CV-01477-MCE-DB<br><br>NOTICE OF RELATED CASES |

      Plaintiffs, by counsel, pursuant to Local Rule 123, hereby give notice that this case is related to *Trump v. Padilla*, 2:19-cv-01501-TLN-AC, *Melendez v. Newsom*, 2:19-at-00706, and *Koenig v. Newsom*, 2:19-at-00709.  They are related because they are based on the same or a similar claim.  Specifically, each case challenges the constitutionality of California's recently-enacted Presidential Tax Transparency and Accountability Act

1  (SB27) on the grounds that SB27 violates the Presidential Qualifications Clause and the
2  First Amendment, among other claims.  *See* L.R. 123(a)(1).  Additionally, because the
3  cases involve similar questions of fact and the same question of law, their assignment to
4  the same Judge or Magistrate Judge is likely to effect a substantial savings of judicial
5  effort and other economies.  *See* L.R. 123(a)(3) and (4); L.R. 123(b) and (c).

August 6, 2019                              Respectfully submitted,

                                            JUDICIAL WATCH, INC.

                                    By:     /s/ Robert Patrick Sticht.
                                            ROBERT PATRICK STICHT

                                            T. RUSSELL NOBILE*
                                            ROBERT D. POPPER*
                                            425 Third Street SW, Suite 800
                                            Washington, D.C. 20024
                                            Telephone: (202) 646-5172
                                            Facsimile: (202) 646-5199
                                            Email: rsticht@judicialwatch.org
                                            Email: rnobile@judicialwatch.org
                                            Email: rpopper@judicialwatch.org

                                            H. CHRISTOPHER COATES*
                                            Law Office of H. Christopher Coates
                                            934 Compass Point
                                            Charleston, South Carolina 29412
                                            Telephone: (843) 609-0800
                                            Email: curriecoates@gmail.com

                                            *Application for admission pro hac vice
                                            forthcoming*

                                            Attorneys for Plaintiffs