IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY GRIFFIN, et. al,<br><br>　Plaintiffs,<br><br>　　v.<br><br>ALEX PADILLA,<br><br>　Defendant. | No. 2:19-cv-01477-MCE-DB<br><br>**ORDER GRANTING STATE DEFENDANTS' UNOPPOSED REQUEST FOR LEAVE TO FILE A SINGLE, COMBINED OVERSIZED OPPOSITION BRIEF TO PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION IN THE RELATED CASES AND PERMITTING ENLARGMENT OF REPLIES** |
| DONALD J. TRUMP, et al.,<br><br>　Plaintiffs,<br><br>　　v.<br><br>ALEX PADILLA, et al,<br><br>　Defendants | No. 2:19-cv-01501-MCE-DB |

(caption continued on next page)

| | |
|---|---|
| MELISSA MELENDEZ, et. al., | No. 2:19-cv-01506-MCE-DB |
| Plaintiffs, | |
| v. | |
| GAVIN NEWSOM, et al., | |
| Defendants. | |
| JEFFREY S. KOENIG, | No. 2:19-cv-01507-MCE-DB |
| Plaintiff, | |
| v. | |
| GAVIN CHRISTOPHER NEWSOM, et al., | |
| Defendants. | |
| ROQUE ROCKY DE LA FUENTE, | No. 2:19-cv-01659-MCE-DB |
| Plaintiff, | |
| v. | |
| ALEX PADILLA, | |
| Defendant. | |

Upon considering the State Defendants' unopposed request for leave to file a single, combined brief with an enlarged page limit of 40 pages in opposition to the motions for preliminary injunction filed by plaintiffs in the five related cases pending before this Court:

- Griffin v. Padilla, Case No. 2:19-cv-01477
- Donald J. Trump for President, Inc. v. Padilla, Case No. 2:19-cv-01501
- Melendez v. Newsom, Case No. 2:19-cv-01506
- Koenig v. Padilla, Case No. 2:19-cv-01507
- De La Fuente v. Padilla, Case No. 2:19-cv-01659;

IT IS HEREBY ORDERED as follows:

The request is GRANTED. The State Defendants in the five cases above may file a single, combined brief with an enlarged limit of 40 pages in opposition to the motions for preliminary injunction in the above-referenced cases.

Given the enlarged length of the State Defendants' Opposition, the court will also permit reply memoranda of up to 20 pages in length.

IT IS SO ORDERED.

Dated: August 29, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE