UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY GRIFFIN, MICHELLE BOLOTIN, MICHAEL SIENKIEWICZ, AND JAMES B. OERDING,<br><br>Plaintiffs,<br><br>v.<br><br>ALEX PADILLA, in his official capacity as Secretary of State of California,<br><br>Defendant.<br><br>AND RELATED CASES. | No. 2:19-cv-01477-MCE-DB<br>*(and related cases)*<br>No. 2:19-cv-01501-MCE-DB<br>No. 2:19-cv-01506-MCE-DB<br>No. 2:19-cv-01507-MCE-DB<br>No. 2:19-cv-01659-MCE-DB<br><br>**ORDER** |

In accordance with the Ninth Circuit's Order of December 16, 2019 in these related cases, this Court's Amended Memorandum and Order filed October 2, 2019 is hereby VACATED.

IT IS SO ORDERED.

Dated: January 10, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1