1

2  ROBERT PATRICK STICHT (SBN 138586)   XAVIER BECERRA
   T. RUSSELL NOBILE                                     Attorney General of California
3  ROBERT D. POPPER                                   PAUL STEIN
   JUDICIAL WATCH, INC.                             Supervising Deputy Attorney General
   425 Third Street SW, Suite 800                 CHAD A. STEGEMAN
4  Washington, D.C. 20024                          State Bar No. 225745
   Telephone: (202) 646-5172                       Deputy Attorney General
5  Facsimile.: (202) 646-5199                        455 Golden Gate Ave., Ste. 11000
   Email: rsticht@judicialwatch.org                San Francisco, CA  94102-7004
6  Email: rnobile@judicialwathc.org              Telephone:  (415) 510-3624
   Email: rpopper@judicialwatch.org             Fax:  (415) 703-5843
7                                                                  E-mail:  Chad.Stegeman@doj.ca.gov
   H. CHRISTOPHER COATES                     *Attorneys for Defendant California*
8  Law Office of H. Christopher Coates        *Secretary of State Alex Padilla*
   934 Compass Point
9  Charleston, South Carolina 29412
   Telephone: (843) 609-0800
10 Email: curriecoates@gmail.com

11 *Attorneys for Plaintiffs Jerry Griffin, Michelle Bolotin,*
   *Michael Sienkiewicz, and James B. Oerding*
12

13                         IN THE UNITED STATES DISTRICT COURT

14                      FOR THE EASTERN DISTRICT OF CALIFORNIA

15                                       SACRAMENTO DIVISION

16

17

18 | **JERRY GRIFFIN, et al.** | 2:19-cv-01477-MCE-DB |

   Plaintiff,

19                                                          **STIPULATION FOR VOLUNTARY**
                                                             **DISMISSAL WITH PREJUDICE;**
         v.                                                **ORDER THEREON**
20                                                          **(Fed. R. Civ. P. 41(a)(1)(A))**

21 **ALEX PADILLA, in his official capacity as**
   **California Secretary of State,**

22                                      Defendant.   Judge: Morrison C. England, Jr.

23

24

25

26

27

28

1

1     Plaintiffs Jerry Griffin, Michelle Bolotin, Michael Sienkiewicz, and James B. Oerding and

2   Defendant Padilla stipulate to the voluntary dismissal with prejudice of this action under Federal

3   Rule of Civil Procedure 41(a)(1)(A).  The parties further stipulate that except as set forth in their

4   settlement agreement, the parties bear their own attorneys' fees, expenses, and costs.  The parties

5   agree that the Court should retain its jurisdiction for the purpose of enforcing the settlement.

6        IT IS SO STIPULATED.

7   Dated:  April 8, 2020                              Respectfully submitted,

8                                                      JUDICIAL WATCH, INC.

9                                                      / s / Russ Nobile    __

10                                                     T. RUSSELL NOBILE
                                                       *Attorneys for Plaintiffs Griffin, et al.*
11

12

13  Dated:  April 8, 2020                             XAVIER BECERRA
                                                       Attorney General of California
                                                       PAUL STEIN
14                                                     Supervising Deputy Attorney General

15

16                                                     */ s /  Chad A. Stegeman (as authorized
                                                       on April 8, 2020)*
                                                       CHAD A. STEGEMAN
17                                                     Deputy Attorney General
                                                       *Attorneys for Defendant California Secretary
18                                                     of State Alex Padilla*

19

20

21

22

23

24

25

26

27

28

2

**ORDER**

In consideration of the parties' stipulation, Plaintiffs Jerry Griffin, Michelle Bolotin, Michael Sienkiewicz, and James B. Oerding's complaint is dismissed with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A).  Except as set forth in their settlement agreement, the parties bear their own attorneys' fees, expenses, and costs. The Court retains its jurisdiction for the purpose of enforcing the settlement.

The matter having now been concluded in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated:  April 17, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3